JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
HAIDY M. RIVERA, SBN 322117
haidy.rivera@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:      916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DOREENA GONZALES, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No. 3:21-cv-10085-JD<br><br>**DEFENDANT'S REQUEST FOR A REMOTE APPEARANCE FOR PLAINTIFF'S SCHEDULED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Date:　　　　**September 8, 2022**<br>Time:　　　　**10:00 a.m.**<br>Place:　　　　**Courtroom 11**<br>　　　　　　　Hon. James Donato<br><br>Action Filed:　　November 10, 2021<br>Removal Filed:　January 3, 2022<br>Trial Date:　　　October 16, 2023 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

James T. Conley, lead counsel for Defendant Walmart Inc., respectfully requests permission to appear telephonically or via remote appearance on September 8, 2022, at 10:00 a.m. before the Honorable James Donato for Plaintiff's Motion for Leave to Withdraw as Counsel. First, Mr. Conley is scheduled for two hearings that day at almost the same time in different locations—the other one is at 11:00 a.m. in the San Jose Division of this Court—*Fiscina v. Walmart*, Case No. 5:21-cv-08557-EJD. Second, this motion concerns Plaintiff and her counsel and there is nothing anticipated at the hearing where an in-person appearance by Walmart would be helpful to resolving these issues. Third, Mr. Conley lives in Truckee, and would have to travel several hours to San Francisco in order to attend Plaintiff's Motion for Leave to Withdraw as Counsel of Record scheduled for September 8, 2022. Attending remotely would allow Defendant's counsel to avoid the unnecessary time and expense in traveling from Truckee to San Francisco in order to attend this hearing in-person.

DATED: August 30, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
James T. Conley
Haidy M. Rivera

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.