**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

ERIC M. GRUZEN, STATE BAR NO. 222448
eric@jmllaw.com
SHAHLA JALIL-VALLES, STATE BAR NO. 327827
shahla@jmllaw.com

Attorneys for Plaintiff
Doreena Gonzales

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
JILL L. SCHUBERT, SBN 305252
jill.schubert@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
Wal-Mart Associates, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREENA GONZALES, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>  Defendants. | Case No. 21-cv-10085-JD<br>*(Assigned for all purposes to the Hon. James Donato)*<br><br>**NOTICE OF SETTLEMENT** |

1
**NOTICE OF SETTLEMENT**

The undersigned, counsel of record for Plaintiff, DOREENA GONZALES ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") certifies that this matter has settled in all respects. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a joint stipulation and order for dismissal.

DATED: September 27, 2022     JML LAW

By:_____
ERIC M. GRUZEN
SHAHLA JALIL-VALLES
Attorneys for Plaintiff

DATED: September 27, 2022     OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

By:____/s/ James T. Conley_____
JAMES T. CONLEY
JILL L. SCHUBERT
Attorneys for Defendant

**NOTICE OF SETTLEMENT**