ERIC M. GRUZEN, SBN 222448
egruzen@jmllaw.com
SHAHLA JALIL-VALLES, SBN 327827
shahla@jmllaw.com
JML LAW
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA 91367
Telephone: 818-610-8800
Facsimile: 818-610-3030

Attorneys for Plaintiff
DOREENA GONZALES

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
JILL L. SCHUBERT, SBN 305252
jill.schubert@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DOREENA GONZALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 3:21-cv-10085-JD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>Action Filed: November 10, 2021<br>Removal Filed: January 3, 2022<br>Trial Date: TBD |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).

DATED: October 20, 2022             JML LAW

                                    By:  */s/ Eric M. Gruzen*
                                         Eric M. Gruzen
                                         Shahla Jalil-Valles

                                    Attorneys for Plaintiff
                                    DOREENA GONZALES

DATED: October 20, 2022             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                    By:  */s/ James S. Conley*
                                         James T. Conley
                                         Jill L. Schubert

                                    Attorneys for Defendant
                                    WAL-MART ASSOCIATES, INC.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i), I, JAMES T. CONLEY, attest that concurrence in the filing of this Stipulation of Dismissal been obtained from the other signatories.

DATED: October 20, 2022             By:  */s/ James T. Conley*
                                         JAMES T. CONLEY